UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID BRIAN MORGAN,
    Plaintiff,

v.

UNITED STATES,
    Defendant.

Case No. 18-cv-06234-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events that occurred in the State of Oklahoma. Accordingly, this action is TRANSFERRED to the Western District of Oklahoma. *See* 28 U.S.C. §§ 116(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 31, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRIAN MORGAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 18-cv-06234-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Brian Morgan ID: #637673
Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK 73051

Dated: October 31, 2018

                                      Susan Y. Soong
                                      Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO